PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

District of Delaware

FILED

U.S.A. vs. Crandall Speights     Docket No. 1:23CR00078

MAY 3 1 2024

U.S. DISTRICT COURT DISTRICT OF DEL

## Petition for Action on Conditions of Pretrial Release

COMES NOW Angie Ramirez, pretrial services/probation officer, presenting an official report upon the conduct of defendant Crandall Speights, who was placed under pretrial release supervision by the Honorable Laura D. Hatcher, sitting in the court at Wilmington on the 25th date of September, 2023 under the following conditions:

Report to pretrial services; actively seek or maintain employment; surrender passport and not obtain new passport documents; travel restricted to the District of Delaware without prior authorization; no travel outsidet of the continental United States without the Court's approval; avoid all contact, directly or indirectly, with anyone involved in this case; get medical or psychiatric treatment; not possess a firearm, destructive device, or other weapon; not use alcohol excessively; not use or unlawfully posess a narcotirc drug or other controlled substance; dru g testing and treatment as directed by pretrial services; location monitoring with electronic monitoring under curfew; report as soon as possible every contact with law enforcement, and participate in all future proceedings as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

Mandatory Condition #1: the defndant must not violate any federal, state, or local crime.
On May 30, 2024, pretrial services in the Eastern District of Pennsylvania reported contact has been made with Mr. Speights' old roommate who reported he moved out of the residence and stole his identity. A police report has been filed.
Condition 7(a): submit to supervision by and report for supervision to the U.S. Pretrial Services.
On May 30, 2024, pretrial services in the Eastern District of Pennsylvania reported the defendant failed to return for curfew. Several attempts have been made to locate him and his current whereabouts are unknown.
Condition 7(p): participate in the following location monitoring program, curfew, and comply with its requirements as directed.
On May 30, 2024, pretrial services in the Eastern District of Pennsylvania reported the defendant failed to return home after curfew on May 29, 2024.

PRAYING THAT THE COURT WILL ORDER a warrant so Mr. Spreights can appear before the Court to answer to the alleged violations of the conditions of his pretrial release.

ORDER OF COURT

Considered and ordered this 31 day of MAY, 2024 and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/31/2024

Angie Ramirez
U.S. Pretrial Services/Probation Officer

Place Wilmington, Delaware